ACCEPTED
03-15-00025-CV
4260629
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/24/2015 12:54:30 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00025-CV

_____

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/24/2015 12:54:30 PM
JEFFREY D. KYLE
Clerk

_____

LAKEWAY REGIONAL MEDICAL CENTER, LLC AND SURGICAL
DEVELOPMENT PARTNERS, LLC,
Appellants,
LAKE TRAVIS TRANSITIONAL LTCH, LLC N/K/A LAKE TRAVIS
SPECIALTY HOSPITAL, LLC,
Cross-Appellant,

v.

LAKE TRAVIS TRANSITIONAL LTCH, LLC N/K/A
LAKE TRAVIS SPECIALTY HOSPITAL, LLC,
Appellee,
LAKEWAY REGIONAL MEDICAL CENTER, LLC,
SURGICAL DEVELOPMENT PARTNERS, LLC,
BRENNAN, MANNA, & DIAMOND, LLC AND FRANK T. SOSSI,
Cross-Appellees.

_____

Appeal from the 345th District Court of Travis County, Texas
D-1-GN-12-000983, Honorable Lora J. Livingston, Presiding

_____

## NOTICE OF CHANGE OF ADDRESS

**TO THE HONORABLE THIRD COURT OF APPEALS:**

COMES NOW Appellee/Cross-Appellant Lake Travis Transitional LTCH,
LLC n/k/a Lake Travis Specialty Hospital, LLC ("LTT" "Cross-Appellant/
Appellee") and files this Notice of Change of Address.

1186195

Please take notice of the following change of address of Abraham Kuczaj, III, Paige Arnette Amstutz, Steven J. Wingard, Jane Webre, counsel of record in this matter, effective February 23, 2015:

> S. Abraham Kuczaj, III
> State Bar No. 24046249
> akuczaj@scottdoug.com
> Paige Arnette Amstutz
> State Bar No. 00796136
> pamstutz@scottdoug.com
> Steven J. Wingard
> State Bar No. 00788694
> swingard@scottdoug.com
> Jane Webre
> State Bar No. 21050060
> jwebre@scottdoug.com
> Scott Douglass & McConnico LLP
> 303 Colorado Street, Suite 2400
> Austin, TX  78701
> 512.495.6300
> 512.495.6399 (Facsimile)

This move will not affect the email addresses or telephone numbers of the attorneys at Scott Douglass & McConnico LLP.

2

Respectfully submitted,

SCOTT, DOUGLASS & McCONNICO, L.L.P.
303 Colorado Street, Suite 2400
Austin, TX  78701-3234
(512) 495-6300 – Telephone
(512) 495-6399 – Facsimile

By: */s/ Jane Webre*

   S. Abraham Kuczaj, III
   State Bar No. 24046249
   akuczaj@scottdoug.com
   Paige Arnette Amstutz
   State Bar No. 00796136
   pamstutz@scottdoug.com
   Steven J. Wingard
   State Bar No. 00788694
   swingard@scottdoug.com
   Jane Webre
   State Bar No. 21050060
   jwebre@scottdoug.com

**ATTORNEYS FOR APPELLEE /
CROSS-APPELLANT**

3

1186195

CERTIFICATE OF SERVICE

I hereby certify that, on February 24, 2015, a true and correct copy of the foregoing document was served on the following counsel of record through the electronic filing system as follows:

Jeff Cody
Barton Wayne Cox
NORTON ROSE FULBRIGHT
2200 Ross Avenue, Suite 2800
Dallas, TX  75201-2784
jeff.cody@nortonrosefulbright.com
beau.cox@nortonrosefulbright.com

Mr. Marc B. Collier
NORTON ROSE FULBRIGHT
98 San Jacinto, Suite 1100
Austin, TX  78701
marc.collier@nortonrosefulbright.com

Joy Soloway
NORTON ROSE FULBRIGHT
1301 McKinney, Suite 5100
Houston, TX 77010-3095
joy.soloway@nortonrosefulbright.com

Robert A. Bragalone
B. Ryan Fellman
GORDON & REES, LLP
2100 Ross Avenue, Suite 2800
Dallas, TX  75201
bbragalone@gordonrees.com
rfellman@gordonrees.com


                                        */s/ Jane Webre*
                                        Jane Webre

1186195